IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIET R. COTTON, §
    Petitioner, §
 §
VS. § CIVIL ACTION NO.4:08-CV-171-Y
 §
W. ELAINE CHAPMAN, Warden, §
FMC-Fort Worth, §
    Respondent. §

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Juliet R. Cotton under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on March 17, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 8, 2008.[1]

The Court, after **de novo** review, concludes that Cotton's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

---

[1] Petitioner Cotton also filed a motion for leave to amend or supplement her petition for writ of habeas corpus. This motion [docket no. 12] is GRANTED to the extent that the Court has reviewed the additional grounds for relief and additional briefing included within that document.

Juliet R. Cotton's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED April 14, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE